IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN D. DIAL and LYDIA A. DIAL,                 PLAINTIFFS
husband and wife, individually, and on behalf of
similarly situated persons

v.                              No. 4:12CV00180 JLH

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2006-HE3, individually,
and as representative of similarly situated persons;
MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2006-HE3, individually and as representative
of similarly situated persons; THOMAS J. MORTON;
and WANNETTA Y. MORTON                                     DEFENDANTS

## ORDER

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, has filed a motion to extend the time to respond to the amended complaint. That motion is GRANTED. Documents #5 and #11. The time within which Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, must respond to the amended complaint is extended up to and including April 22, 2012.

IT IS SO ORDERED this 28th day of March, 2012.

                                                                          _____
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE