IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOHNATHAN D. DIAL and<br>LYDIA A. DIAL, husband and wife,<br>individually, and on behalf of similarly<br>situated persons | PLAINTIFFS |
| v.   NO. 4:12CV00180 JLH | |
| DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, as Trustee for MORGAN STANLEY<br>ABS CAPITAL I INC. TRUST 2006-HE3,<br>individually, and as representative of similarly<br>situated persons; MORGAN STANLEY ABS<br>CAPITAL I INC. TRUST 2006-HE3, individually,<br>and as representative of similarly situated persons;<br>and THOMAS J. MORTON and<br>WANNETTA Y. MORTON | DEFENDANTS |

## ORDER

The motion for admission *pro hac vice* filed on behalf of Laya Rose Kaigh is GRANTED. Document #16. Laya Rose Kaigh is hereby admitted to appear before this Court as co-counsel for the defendants in this action.

IT IS SO ORDERED this 12th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE