# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOHNATHAN D. DIAL and                                                                     PLAINTIFFS
LYDIA A. DIAL, husband and wife,
individually, and on behalf of similarly
situated persons

v.                                    NO. 4:12CV00180 JLH

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2006-HE3,
individually, and as representative of similarly
situated persons; MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2006-HE3, individually,
and as representative of similarly situated persons;
and THOMAS J. MORTON and
WANNETTA Y. MORTON                                                  DEFENDANTS

## **ORDER**

The motion for admission *pro hac vice* filed on behalf of Laya Rose Kaigh is GRANTED. Document #16. Laya Rose Kaigh is hereby admitted to appear before this Court as co-counsel for the defendants in this action.

IT IS SO ORDERED this 12th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE