IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JOHNATHAN D. DIAL AND LYDIA A. DIAL, HUSBAND AND WIFE, INDIVIDUALLY, AND ON BEHALF OF SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br>v.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3, INDIVIDUALLY, AND AS REPRESENTATIVE OF SIMILARLY SITUATED PERSONS; MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3, INDIVIDUALLY, AND AS REPRESENTATIVE OF SIMILARLY SITUATED PERSONS; AND THOMAS J. MORTON AND WANNETTA Y. MORTON,<br>Defendants. | CASE NO. 4:12-CV-180-JLH |

## MOTION FOR EXCLUSION FROM ORAL ARGUMENT

Defendant Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 ("DBNTC, as Trustee"), appears by and through its attorneys, and for its Motion for Exclusion from Oral Argument respectfully states:

1. On April 5, 2012, this Court issued a Notice of Hearing scheduling oral argument for Wednesday, April 25, 2012 in the following four actions: *JPMorgan Chase Bank, N.A. v. Johnson*, No. 3:11-CV-00249 (E.D. Ark. filed Nov. 17, 2011) ("*Johnson*"); *Jones v. JPMorgan Chase Bank, N.A.*, No. 3:11-CV-00172 (E.D. Ark. filed Aug. 25, 2011) ("*Jones*"); *Rivera v. JPMorgan Chase Bank, N.A.*, No. 3:11-CV-00198 (E.D. Ark. filed Oct. 3, 2011) ("*Rivera*"); and *Dial v. Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3*, No. 4:12-CV-00180 (E.D. Ark. filed Mar. 22, 2012) ("*Dial*").

2. On April 9, 2012, this Court issued a letter to counsel in the above-referenced cases explaining that it scheduled oral argument in the *Johnson* action because the bankruptcy appeal is fully briefed and oral argument had been requested. Because resolution

1119597

of the *Johnson* matter will affect the outcome of the other cases, the Court graciously provided counsel in the other actions with the opportunity to appear and be heard at oral argument. The Court also advised that if the parties to the other three actions think it inappropriate for one or more of the cases to be included in the Notice of Hearing, they should file an appropriate motion.

3. Although appreciative of the Court's regard for its interest in the scheduled oral argument, DBNTC, as Trustee submits this motion respectfully requesting that the *Dial* action be excluded from the Notice of Hearing. DBNTC, as Trustee seeks exclusion of the *Dial* action from the oral argument because *Dial* is not ripe for oral argument.

4. Defendant DBNTC, as Trustee removed this action from state court on March 22, 2012. (ECF No. 1.) On March 28, 2012, the Court granted DBNTC, as Trustee's motion for an extension of time to respond to the First Amended and Substituted Complaint ("Amended Complaint") up to and including April 22, 2012. (ECF No. 12.) On April 25, 2012, the date on which the oral argument is scheduled, DBNTC, as Trustee will just have its motion to dismiss the Amended Complaint. Plaintiffs will not yet have had the opportunity to submit an opposition to the motion, and DBNTC, as Trustee will not yet have had the opportunity to submit a reply. In addition, Defendants Thomas and Wannetta Morton have been given an extension of time to respond to the Complaint until June 8, 2012. Thus, on April 25, 2012, the legal and factual issues in the *Dial* action will not yet be fully briefed, honed and ripe for oral argument.

5. In addition, although both *Johnson* and *Dial* turn on the issue of whether the defendants were "authorized to do business" in Arkansas within the meaning of the Arkansas Statutory Foreclosure Act, Ark. Code Ann. § 18-50-101 *et seq.* ("ASFA"), when non-judicial foreclosure proceedings were initiated in their names, a separate oral argument will likely be necessary in *Dial* once the issues are fully briefed because there are additional factual and

legal issues that warrant separate consideration, including the following: (a) defendants in *Johnson* and *Dial* are both national banks, but, unlike the defendant in *Johnson*, DBNTC is a national bank organized to carry on the business of a limited purpose trust company, and as such, its authority to conduct business in any of the 50 states is derived from additional authority, namely § 92a of the National Bank Act and 12 C.F.R. § 9.7; (b) *Dial* is brought on behalf of a purported class of plaintiffs against a purported class of defendants, while *Johnson* is an individual action; (c) different causes of action are alleged; and (d) different relief is sought.

WHEREFORE, DBNTC, as Trustee respectfully requests that the Court exclude *Dial* from the Oral Argument scheduled for April 25, 2012.

Dated: April 19, 2012          Respectfully submitted,

Elizabeth A. Frohlich (admitted *pro hac vice*)
Laya R. Kaigh (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, California 94105
Phone: (415) 442-1000
Fax:    (415) 442-1001
Email:  efrohlich@morganlewis.com
        lkaigh@morganlewis.com
and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
Phone: (501) 371-0808
Fax:   (501) 376-9422
Email: ccoleman@wlj.com

By: /s/ Charles T. Coleman
Charles T. Coleman (80030)
*Attorneys for Defendant Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3*

CERTIFICATE OF SERVICE

This is to certify that a copy of the forgoing Motion for Exclusion from Notice of Hearing has been electronically filed on this Court's CM/ECF system and served and also provided by electronic mail and US mail, this 19th day of April, 2012, upon the following:

Drake Mann
Christopher L. Travis
GILL ELROD RAGON OWEN &
SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, AR 72201

and

Sean F. Rommel
James C. Wyly
WYLY-ROMMEL, PLLC
2311 Moores Lane
Texarkana, TX 75503

*Attorneys for Plaintiffs*

Paul A. Schmidt, Sr.
SCHMIDT LAW FIRM, PLC
401 W. Pine Street
P.O. Box 564
Cabot, AR 72023

*Attorneys for Defendants*
*Thomas J. Morton and Wannetta Y. Morton*

_____
Charles T. Coleman