# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNATHAN D. DIAL and                                                                                    PLAINTIFFS
LYDIA A. DIAL, husband and wife,
individually, and on behalf of similarly
situated persons

v.                                        NO. 4:12CV00180 JLH

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2006-HE3,
individually, and as representative of similarly
situated persons; MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2006-HE3, individually,
and as representative of similarly situated persons;
and THOMAS J. MORTON and
WANNETTA Y. MORTON                                                                                       DEFENDANTS

## ORDER

Separate defendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital Inc. Trust 2006-HE3, has filed a motion for extension of time to file its answer to plaintiffs' amended complaint. The motion is GRANTED. Document #24. The deadline for Deutsche Bank to file its answer to the amended complaint is extended up to and including April 30, 2012.

IT IS SO ORDERED this 24th day of April, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE